AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
Jordan Pensak

Defendant(s)

Case No. 26-mj-7065

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 8, 2026 in the county of Burlington in the ______ District of New Jersey , the defendant(s) violated:

| *Code Section* | *Description of Offenses* |
|---|---|
| 18 USC § 2243(c) | See Attachment A. |

This criminal complaint is based on these facts:

See Attachment B.

☑ Continued on the attached sheet.

Anip Patel
*Complainant's signature*

FBI SA Anip Patel
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 07/27/2026

*Judge's signature*

City and state: Camden, New Jersey

Hon. Elizabeth A. Pascal, U.S. Magistrate Judge
*Printed name and title*

# CONTENTS APPROVED

# UNITED STATES ATTORNEY

By: *Joseph McFarlane*

JOSEPH MCFARLANE
Assistant U.S. Attorney

Date: July 23, 2026

## Attachment A

(Sexual Abuse of an Individual in Federal Custody)

On or about January 8, 2026, in Burlington County, in the District of New Jersey, the defendant,

JORDAN PENSAK,

while acting in her capacity as a federal law enforcement officer, knowingly engaged in a sexual act, to wit, contact between the penis and the vulva, with Victim-1, who was at that time in federal custody.

In violation of Title 18, United States Code, Section 2243(c).

## Attachment B

I, Anip Patel, am a Special Agent with the Federal Bureau of Investigation ("FBI"). The information contained in the Complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of the evidence, including evidence obtained via court-authorized search warrants. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Federal Correctional Institution Fort Dix ("Fort Dix") is a low-security federal correctional institution located in Burlington County, New Jersey.

2. At all times relevant to this Complaint:

   a. Defendant Jordan Pensak ("Pensak") was a corrections officer at Fort Dix; and

   b. Victim-1 was an inmate in federal custody at Fort Dix.

3. In April 2024, Pensak began working in the unit to which Victim-1 was assigned (the "Unit"). According to an individual ("Individual-1") who was interviewed by law enforcement officers, Pensak and Victim-1 began having a sexual relationship after Pensak began working on the Unit.

4. Individual-1 also told law enforcement officers that Pensak and Victim-1 had sex multiple times in an office located in Fort Dix. Victim-1 also stated that Pensak and Victim-1 paid inmates to serve as lookouts during those sexual encounters, to alert the two if corrections officers approached.

5. In August 2025, officers at Fort Dix seized a cell phone ("Cell Phone 1") from Victim-1. Cell Phone-1 contained Instagram[1] messages between Pensak and

---

[1] Instagram is a free-access social-networking website that can be accessed at http://www.instagram.com. Instagram allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and other information. Users can access Instagram through the Instagram website or by using a special electronic application ("app") that allows users to access the service

Victim-1 dated August 10, 2025, in which Pensak and Victim-1 describe having a sexual relationship together. Relevant portions of that Instagram read as follows:

**Victim-1:** I'm getting you vibrating panties

**Pensak:** Why

**Victim-1:** To make you cum duh

**Pensak:** Duh I got your mouth for that

**Pensak:** And dick

**Pensak:** And those big man hands

**Victim-1:** Damn

**Victim-1:** I'll finish the job quicker with the panties tho

6. Law enforcement officers also found on Cell Phone-1 a text message from another individual to Victim-1 transmitted on July 11, 2025, that stated ". . . u r fucking with a guard and everyone knows it . . ."

7. On October 8, 2025, officers at Fort Dix seized a cell phone ("Cell Phone-2") from an inmate. Based on messages and other records found on Cell Phone-2, law enforcement officers concluded that the cell phone was used by Victim-1.

8. In total, Cell Phone-1 and Cell Phone-2 contained over 100 sexually explicit photos and videos depicting Pensak or Victim-1.

9. In May 2026, law enforcement officers executed a search warrant for records from an Instagram account used by Pensak. The records included the following electronic communications:

a. On January 25, 2026, Pensak exchanged messages with an individual believed to be an inmate at Fort Dix regarding a Federal Bureau of Prisons ("BOP") investigation into Pensak and Victim-1. Pensak wrote that she thinks inmates "snitched about the

---

through a mobile device. Instagram permits users to post photos to their profiles on Instagram and otherwise share photos with others on Instagram, as well as certain other social-media services.

relationship." She also wrote "they can't prove nothing" and that "If I quit I think they stop pursuing it."

b. On January 28, 2026, Pensak exchanged text messages with an individual believed to be a former inmate at Fort Dix, in which Pensak described an occurrence when "the lookout knocked on the door and opened it without us saying shit and he almost seen dick swanginnn." Pensak then wrote "We ain't had good look outs since you and strong."

i. On January 29, 2026, Pensak wrote the same individual, "Im 3 days late for my period you ready to be an uncle?" She then wrote "That aint good for this investigation. If the baby black and my husband white and Korean?!"[2]

ii. On February 2, 2026, Pensak wrote to the same individual that Victim-1 "eat my ass. Suck my toes. Spit in my mouf. All of it." Pensak then provided additional graphic details concerning sexual acts that Victim-1 refused to engage in.

iii. On February 5, 2026, Pensak wrote to the same individual that "We freak nasty [I] keep telling you this," and that "Only thing he wont do is let me in them cheeks."

c. On February 13, 2026, Pensak wrote to another individual believed to be an inmate at Fort Dix, and stated, "No one sucking on my toes but bro" and "We got alot done in that office when you was guard."

10. In May 2026, law enforcement officers executed a search warrant for Instagram accounts used by Victim-1. The records produced pursuant to that search warrant include multiple communications between Victim-1 and others regarding his relationship with Pensak, including the following electronic communications:

a. On January 6, 2025, Victim-1 sent to an unknown individual a video of a Snapchat[3] conversation with Pensak and wrote, "Bagged

---

[2] Victim-1 is African-American. In a previous text exchange, Pensak stated her husband was "white and Korean."

[3] Snapchat is a multimedia messaging and social media app that allows users to exchange photos, videos, and text messages known as "Snaps". These messages are typically designed to disappear or delete automatically after they are viewed.

her ass" and "That's pensak the white girl that work here with the glasses."

i. On January 15, 2025, the same individual asked Victim-1 about his relationship with Pensak, and Victim-1 wrote "naw we been kissing n hugging."

ii. On January 20, 2025, Victim-1 wrote to the same individual, "I put this mf in her mouth" and "She was on her period so I ain[t] get to fuck."

b. On February 1, 2025, Victim-1 wrote to an unknown individual, "I put that mf in her mouth" and "She played with it . . . Just licked that mf teasing me n shit."

c. From August 2025 through January 2026, Pensak and Victim-1 exchanged dozens of messages over Instagram with each other discussing their relationship, professing their love, and sending sexually explicit messages.

11. In May 2026, law enforcement executed a search warrant for Pensak's personal cell phone (the "Pensak Cell Phone"). The Pensak Cell Phone contained multiple text message conversations in which Pensak admitted to having a sexual relationship with Victim-1. These messages include the following:

a. In a January 2026 text message exchange with another individual, Pensak admitted that she had been in a relationship with an inmate "For the past year." Pensak said that she was not going to end the relationship. The other individual asked who the inmate was and Pensak sent a link to a news article regarding Victim-1.

b. In a February 2026 text message exchange with another individual, Pensak admitted having a sexual relationship with an inmate.

i. On February 3, 2026, when asked by that individual if the trouble she was in with Victim-1 was "sex or contraband," Pensak responded, "Both." The individual asked her if she knew she could be charged criminally and go to jail, and Pensak responded, "Yes I know."

c. In a text message conversation with another individual that spanned February 2025 through May 2026, Pensak made multiple statements regarding her relationship with Victim-1. These statements include:

   i. On June 17, 2025, Pensak told the individual, "I look forward to work because when I do go inside I get to see [Victim-1]."

   ii. On November 17, 2025, Pensak told the individual that she and Victim-1 "got fucked up at work, high [as fuck]." According to Pensak, Victim-1 later, when drunk, told her that she's "difficult to be with" and that he will "never love [her] as much as [his] first love." Pensak then described how she and Victim-1 got into an argument after he said that.

   iii. On November 17, 2025, when discussing the argument between Pensak and Victim-1, the individual wrote, "Maybe he's just sexually frustrated." Pensak responded, "He's definitely not."

   iv. On January 3, 2026, Pensak sent the individual a picture of Victim-1 kissing Pensak on the cheek.

   v. On February 1, 2026, Pensak told the individual that Pensak was "a week late." The individual replied by stating it was "too late for plan b lol unless u already took it."[4] Pensak stated that she took Plan B "a day and a half after I done did the dirty deed." Pensak then specified, "We did it Jan. 8th. I took the plan b the 10th."[5]

   vi. Pensak further wrote, regarding her possible pregnancy, that "Im not keeping it [because] that would make the investigation 1000x worse.

d. In a text message conversation that spanned January 2025 through May 2026, Pensak and a family member of Victim-1 discussed

---

[4] Plan B is an emergency contraceptive.

[5] BOP records show that Pensak worked at Fort Dix on January 8th, 2026.

Pensak's relationship with Victim-1. These communications include:

i. On February 8, 2025, the family member of Victim-1 wrote to Pensak, "you're his gf [girlfriend]."

ii. In January and February 2026, Pensak and Victim-1's family member exchanged messages regarding Pensak's concern that Pensak was pregnant. Among those messages, Pensak stated, "I kind of wish I was [pregnant] just to know its possible" and that "I know I couldn't keep it. And to go through all that without him would be hard on me."

e. In text messages that spanned January 2025 through March 2026, Pensak made multiple statements to another family member of Victim-1 regarding Pensak's relationship with Victim-1. These messages include:

i. On January 18, 2025, the family member asked Pensak what happens if Pensak and Victim-1 get caught and whether they have been intimate. Pensak responded that "We HAVE" been caught and that she "lied" to the lieutenant about it to keep Victim-1 safe.

ii. In late January 2026, Pensak told the family member that "I have to take a pregnancy test. I'm a week late[]." Pensak also said that she was not "mentally ready for a baby. Not without him being here." She also wrote that having the baby would "cause too many issues at the job."

iii. The family member asked if "he" knew about the pregnancy and Pensak wrote that "He's still in [the segregated housing unit] so I haven't spoken with him in almost 2 weeks. He has no idea."[6]

Anip Patel

Anip Patel
Special Agent, FBI

[6] BOP records confirm that Victim-1 was in the Segregated Housing Unit in late January 2026.

Pursuant to Fed. R. Crim. P. 4.1, Special Agent Patel was sworn and attested to the contents of this affidavit in support of the complaint and summons for Defendant Jordan Pensak.

____________________________________
HON. ELIZABETH A. PASCAL
United States Magistrate Judge

Date: July 27, 2026