**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*401 Market St., P.O. Box 2098*
*Camden, New Jersey 08101*
*856-757-5026*

September 2, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Attention: Marcy Plye, Deputy Clerk

Re: *United States* v. *Jordan Pensak*

Dear Ms. Plye:

Enclosed for assignment is an Information charging defendant Jordan Pensak with Sexual Abuse of an Individual in Federal Custody, in violation of 18 U.S.C. § 2243(c). The cover sheet is also enclosed.

Very truly yours,

*/s/ Joseph McFarlane*
By: Joseph S. McFarlane
Assistant U.S. Attorney

Encls.