UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OCTOBER 6, 2026
DATE OF PROCEEDINGS

CAMDEN OFFICE
JUDGE EDWARD S. KIEL

COURT REPORTER: Ann Marie Mitchell
OTHER: Angie Polanco, U.S. Pretrial Officer.

Docket # 26-CR-00439-ESK

TITLE OF CASE:
UNITED STATES OF AMERICA
v.

JORDAN PENSAK,
DEFENDANT.

APPEARANCES:
Joseph McFarlane, AUSA for Government.
Mark W. Catanzaro, Esq. for Defendant.
(Defendant present in courtroom)

NATURE OF PROCEEDINGS: PLEA TO ONE COUNT INFORMATION
Ordered defendant sworn; defendant sworn.
Defendant informed of Rights, Penalties and Charges.
Defendant waives formal reading of the Information.
Waiver of Indictment filed.
Information filed.
PLEA: Guilty to Count 1 Information.
Ordered plea accepted.
Rule 11 and plea agreement forms to be filed.
Ordered bail continued as previously set before Magistrate Judge Elizabeth A. Pascal.
Sentence set for Wednesday, February 10, 2027 at 11:00 a.m., Courtroom 4D.

Time commenced: 2:00 p.m.
Time Adjourned: 2:22 p.m.
Total Time: 22 min

/s/ *GN*
DEPUTY CLERK